IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LORIE BLOCK ROBERTS**                                             **PLAINTIFF**

**v.**                           **CIVIL ACTION NO.: 3:20-cv-117-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

### FINAL JUDGMENT

Consistent with the Memorandum Opinion [27] entered today, the final decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and the clerk is directed to close this case.

**SO ORDERED AND ADJUDGED** this, the 16th day of April, 2021.

                                                     /s/ Jane M. Virden
                                                     U.S. MAGISTRATE JUDGE